No. 10-10119. Sy Roeuth, Petitioner v. John Fayram, Warden.

564 U.S. 1025, 131 S. Ct. 3036, 180 L. Ed. 2d 857, 2011 U.S. LEXIS 4756.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-10151. Robert Kevin McCartney, Petitioner v. Carolyn Ryland, et al.

564 U.S. 1025, 131 S. Ct. 3036, 180 L. Ed. 2d 857, 2011 U.S. LEXIS 4778.

June 20, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 60 So. 3d 1256.

No. 10-10208. Teng Vang, Petitioner v. William Pollard, Warden.

564 U.S. 1025, 131 S. Ct. 3036, 180 L. Ed. 2d 857, 2011 U.S. LEXIS 4653.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-10222. Robin Robinson, Petitioner v. United States Marshals Service, et al.

564 U.S. 1026, 131 S. Ct. 3037, 180 L. Ed. 2d 857, 2011 U.S. LEXIS 4724.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

No. 10-10238. Eugene Edward Abramczyk, Petitioner v. Mary Berghuis, Warden.

564 U.S. 1026, 131 S. Ct. 3037, 180 L. Ed. 2d 857, 2011 U.S. LEXIS 4636.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-10248. Eric C. Burgie, Petitioner v. Jim R. Hannah, Chief Justice, Supreme Court of Arkansas, et al.

564 U.S. 1026, 131 S. Ct. 3037, 180 L. Ed. 2d 857, 2011 U.S. LEXIS 4766.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 407 Fed. Appx. 84.

No. 10-10253. William Sim Spencer, Petitioner v. Shirlee Harry, Warden.

564 U.S. 1026, 131 S. Ct. 3037, 180 L. Ed. 2d 857, 2011 U.S. LEXIS 4660.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-10263. Stephen Henry Scharosch, Petitioner v. Jack Palmer, Warden.

564 U.S. 1026, 131 S. Ct. 3037, 180 L. Ed. 2d 857, 2011 U.S. LEXIS 4701.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.